**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION**

**HOPE SAPPINGTON, LANDON SAPPINGTON,
BY AND THROUGH HIS NATURAL MOTHER
AND NEXT FRIEND HOPE SAPPINGTON,
AND CHAISE SAPPINGTON, BY AND
THROUGH HIS NATURAL MOTHER AND
NEXT FRIEND CARLA BRAY**                                       **PLAINTIFFS**

**VS.**                       **CIVIL ACTION NO. 1:08CV184-SA-JAD**

**HARTFORD LIFE INSURANCE COMPANY,
FICTITIOUS DEFENDANT "A" AND
FICTITIOUS DEFENDANT "B"**                                         **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the joint *ore tenus* motion of the Plaintiffs, Hope Sappington, individually and as natural mother and next friend of Landon Sappington, a minor, and Carla Bray, as natural mother and next friend of Chaise Sappington, a minor, and the Defendant, Hartford Life Insurance Company, to dismiss this cause, with prejudice, and the Court, being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be adjudicated or determined by the Court, finds that the same should be dismissed with prejudice in its entirety as to all parties and all claims.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and hereby is, dismissed with prejudice in its entirety, as to all parties and claims, with each party to bear its own costs.

SO ORDERED, this the 3rd day of November, 2008.

                                          **/s/ Sharion Aycock**
                                          **U.S. DISTRICT COURT JUDGE**